FILED

2016 NOV 29 PM 12: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

Jeremiah Ezekiel National Moor of Amexem North American
Continent Northwest Africa North America Republic
136 West Cascade Court No. A
Rialto California Republic

## District Court of the United States, De Jure Court
## Central District of California

Jeremiah Ezekiel Real Party in Interest
Plaintiff

v.

ED CV16-02453 SJO (KKx)

Walmart Corpoation et, al.
Neki Store Manager. Kelley Assistant Manager
Shanikka Cust. Ser. Supervisor. & Vivian
Defendants

N/S
IFP

## RE: Transaction No. 820007638

## WRIT OF MANDAMUS

## Action In Admiralty Jurisdiction
## For a Common Law Remedy
## The Claim is for One Hundred Million $ 100, 000,000

**Cause of Action:**
Violation to the Constitution listed bellow; Discrimination. Restraint of liberties. Impeding commerce. Due Process. Deliberate indifference Deprived of property without due process of law; violation of inalienable rights and unalienable rights, violation of International Law as shown bellow:

"Nationality". That Quality or character which arises from the "fact" of a person's belonging to a "nation" or state. "Nationality" determines the "political status" of the individual, "especially" with reference to allegiance; while "Domicile" determines his "Civil Status" See Definition of "Quasi National Domicile", "Municipal Domicile", and "National Domicile". Reference "Henry Campbell Blacks" Law Dictionary of Ancient and Modern Jurisprudence Revised 4th Edition. "Nation" An independent body politic. A society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. Reference: John Bouviers Concise Encyclopedia of Law Francis Rawles 3rd Revision.

## Questions to each Defendant:

What is your status? What is your name?
What is your nationality?, What Law you are here to get justice on?
Under what Nationality is Walmart Corporation registered?

## Jurisdiction

The District Court of the United States has jurisdiction under the following law and Supreme Court of the United States decisions and the International Treaties mentioned below.

The Constitution of the United States Republic of North America

The Constitution for the United States of America Republic of North America

The Common Law Constitution for the California Republic1849

Treaty of Peace and Friendship of 1787 **See Exhibit (A)**

Universal declaration on Human Rights Dec. 10/1948 **See Exhibit (B)**

Declaration... Rights of Indigenous Peoples E/Cn. 4/Sub. 2/1994/2/ Add. 1 (194). **Exhibit (C)**

Draft of the Inter-American Declaration of the Rights of Indigenous Peoples
Draft Approved by the IACHR at the 1278 session held on September18/1995. **Exhibit (D)**

Inter-American Commission on Human Rights (Approved by the IACHR on February 26/1997). **Exhibit E).**

United Nations Declaration on the Rights of Indigenous Peoples Resolution Adopted by the General Assembly, 107th plenary meeting September 13/2007 **See Exhibit (F).**
Supreme Court of the United States decisions.
**See Exhibit (G) Native American Identification from the Tribe: United Washita De Dundamoundyah Mu' ur Nation.**

**RULES OF CIVIL PROCEDURE**

**Rule 17. Plaintiff and Defendant; Capacity; Public Officers**
(a) REAL PARTY IN INTEREST.
(1) Designation in General. An action must be prosecuted in the name of the real party in interest.

**Standing**

(1). To have standing to bring a Claim into the District Court a person must have received a personal injury in fact, a concrete injury.
(2). The remedy requested must be within the court's power to grant.
(3). A Court must have subject matter jurisdiction over a controversy in order for standing to be compound.

# Affidavit of Truth

I am Jeremiah Ezekiel (hereinafter "Plaintiff"), In Propria Persona by Special Appearance. I am a Moorish American a Natural Aboriginal Indigenous, National Moor of Amexem North American Continent Northwest Africa North America Republic in this court of record complaints to the following:

**1)** On November 18/2016, Agustin Lugo sent me **Forty Five Dollars** $45. Dollars. From Walmart to Walmart.
On November 18/2016 at or about 12: PM, Plaintiff arrived to Walmart located on 300 West Baseline Rialto California. I approached Vivian and I tendered her my Identification.
Vivian asked: "what is this?"
I reply: "It's my ID".
Vivian reply: "Do you have a Drivers License or STATE ID?"
I reply: "There is no such thing as a STATE ID or STATE DRIVERS LICENSE. We are an independent Nation, this is our Identification."
Vivian reply: "Don't you have a CALFORNIA ID"
I replied back: "The State does not issued Identifications, the DMV is a private Corporation just like Walmart, and the STATE is also a CORPORATION, but we are an independent Moor Nation recognized by the UNITED NATIONS, CONGRESS as you can see the seal on the back."
Vivian reply: "Let me see if they accept this."
She approached Employee: Shanikka and ask her if they accept my ID.
Shanikka went to one of the Clerks, after a conversation, she walked towards me.

**2)** Shanikka approached me and said: "They don't accept this"
I reply: "Who is they."
She said: "They".
I said: "Who is they." Who did you talk to?"
She said: "Somebody."Than, she return me my ID.

**3)** After that, Employee Javier, ask me for my ID, he took it to somebody.
I called my friend Agustin Lugo and explain him what was going on.
Meanwhile, I continue my conversation with: Mrs. Kelley; Assistant Manager.
Mrs. Kelley ask me if I had a Drivers License I said: "No, my Identification is all I have, we are an independent Nation recognized by the UNITED NATIONS, & the National as you can see the Seals on the back of the ID and you need to read the information on the ID about my rights."
Mrs. Kelley reply: "Our policy is that we accept only STATE ID, like: Colorado ID or Drivers License, Washington ID, California ID, California Drivers License, Passport, but not this ID."
I reply: "My question to you is: What law compels me to have a Drivers License from the DMV or Identification from the DMV; because the DMV is a private corporation just like Walmart, ignorance of the law is no excuse."
Mrs. Reply: "I don't know the law, but our policy is the same as for Money Gram."
At that moment, she told one of the employees to call by phone to Money Gram to ask them if they accept my Identification.

**4)** Mrs. Kelley received the answer from Money Gram, so she rewrite what she received as answer from Money Gram and tendered me the list on piece of paper as follows:
"Passport, State ID, Military ID, Driver License, and this are the same we accept under our policy she added."

I reply to her statement: "I just want to collect my **Forty Five Dollars**, look, use this Identification to go out of the country and come back from Mexico, the FEDERAL AGENTS recognized my Identification as valid, I'm acting in good faith, I'm specialized in commercial law, criminal law, civil law, and International law that protects the rights of the Indigenous people, I know when there is crime, and when there is not a crime, I'm not committing a crime. We are an independent Nation, just like any other Country. We are not bound to have Identification from the DMV because the DMV is a private Corporation, there are no Identifications from the state, what you demand from me is impossible."
Mrs. Kelley said: "I'm sorry but we cannot give you your money"
I reply to her: "If I' not collect my Forty Five Dollars I'm going to end up collecting Forty Five Million instead of the Forty Five Dollars, I just want to exhaust my administrative remedies before I make my clai."

**5)** Mr. Javier returned with my Identification and said:
"They don't accept this ID."
I reply: "Who is not accepting my ID?"
Javier reply: "I talked to the Store Manager."
I asked him: "What is his name?"
Javier reply: "Her name is Neki."
I reply: Spell his name please."
Javier reply to me: "Is not he, is she, her name spells; N, E, K, I."

**6)** I address my attention to Mrs. Kelley and told her: "Mrs. Kelley, I go to Mexico and cross the Border with this Identification and I don't have any problem with the FEDERAL AGENTS, they accept this Identification from our Tribe, they know we are an independent Nation, why do you guys don't understand that?"
Mrs. Reply: "I understand that, believe me, but our policy cannot allow us to give the Money, sorry about that."
When I noticed that I would not get my money; I asked Mrs. Kelley: "Let me know if your policy is the same with Money Gram, I don't what to bring liability to money gram if they don't anything to do with this matter."
Mrs. Kelley said: "Oh yes, they shared the same policies."
I reply: "Are you sure about that?"
Mrs. Kelley reply: "Yes, I'm sure about that?"
I said: OK, thank you for the information because I wanted to have my money in good faith, but now that I have exhausted my administrative remedies I can make my claim."
After I said that; I walk out of the Store and called the sender Agustin Lugo.

**7)** I called again to my sender Agustin Lugo, I told him that they refused to give me my Money because I did not provide an Identification approved by the policies of Walmart and money gram which are the same.
To that, Agustin said: "But why?, is from Walmart to walmart, remember that I told that I was going to do that?."
I reply: "I totally forgot about that, let me ask them if they accept that. So I walk back to Walmart. When I arrived to the Store; I ask for Mrs. Kelley.
She walk out of a private room.
I ask her: I called to the sender and he told me that he did not send it by Money Gram, so I returned o see if I can get the Money, I forgot that he told me that."
Mrs. Kelley reply: "Our policy applies the same way, sorry."
OK, all I wanted to know if is possible, but it's OK, thank you for your time, bye."
So, I walked out of the Store.

**8) We, the People of the United States** are the people of the land, the Indigenous Sovereign People of the Al Morocs ) Americas), who inhabited the Northwestern and Southern Shore of Africa ) Al Morocs). The Americas run from **Alaska** to **Argentina** Patagonia), including islands. We are the descendants of the Ancient Moabites the **Moors.** The **Great Seal** is the Emblem of the **Moorish Nation.**




These peoples from the North to the South, are the **Al Moroccans** the Americans) North, South and Central. This is the 1st party entity) in the Preamble of the **Constitution.**

We the People of the United States....Do ordain and establish this Constitution for the United States of America.

**Therefore**

**9)** The **United States of America** is the **Juristic act** guild of European Congress) They are the chartered 2dn party entity), in a **political state** of **union** unity) The 13 Colonies, with Government Ordinance Departments, or G.O.D. This established the basis for Peace and Law Treaties) between the Albions English-Anglis) and the **Indigenous Moors. The Articles of Confederation of 1781 to 1789** is the **Charter** of the **United States of America. The Treaty of Peace and Friendship of 1787,** unites the two peoples in a **dually involved government.** The **adoption** of the **Constitution of the United States of America of 1789,** is derived from **Moorish Law** the late **Moorish Government,** setting the course of the subsequent history in these lands. This is why the **United States** has two (2) **Seals.** The Pyramid **Great Seal** is the **Original United States Confederation Republic** of the **Moorish Empire.**

---

**Black's Law Dic. 2th Ed. LAND,** in the most general sense, comprehends any ground, soil, or earth whatsoever; us meadows, pastures, woods, **moors,** waters, ma.rshes, furzes, and breath. Co. Litt. *40.* 'rb~ word :'land" includes not only the soil, but everything attached to It, whether attached by tbe course *ot* nature, a!:\ trees, herbage. and waLer, or by the hand of mnn., as bUildings and fences. Mott v. Palmer, 1 N. Y. 572; Nessler *v.* Nebel', 18 Neb. 649, 26 N. W. 411; BiggIns Fuel Co. v. Snow, 113 Fed. 433, 51 C. C. A. 2(i7; Lightfoot v. Grove, 5 Helsk. (Tenn.) 4i7; Johnson v. Richardson, 33 lUiss. 464; I\l1tcbell v. Warner, 5 COnD. 517; ~lyers v. League, 62 l!'ed. 659, 10 C. C. A. 571. 2 Bl. Comm. 16. 17.
Land is the solid material of the earth, whatever may be the ingredients of which it is composed .. which their soil. rock, or other substance. OIV. Code CaJ. § 65!).

**10)** The Dictionary above describes the Moorish as permanent along with the other descriptions, this does not surprise Plaintiff at all, because there are Court cases that prove that the Washita Tribe is the oldest peoples in Northwest Africa North America **United States v. Turner,** 52 U.S. 11 How. 663 663 (1850) **United States v. King, 44 U.S. 3 How. 773 773 (1845),** United States v. King, 48 U.S. 7 How. 833 833 (1849).
The Moorish Flag is **Red** with a five pointed green star in the center.



The Al Moroccan United States flag is the **Continental flag.** This flag is **red,** with a **green Cedar Pine** tree in a white canton



It was **cut down** after the Moorish Flag(1774 to 1777). In 1789, George Washington was elected to the Supreme Executive Authority in the Moorish Palace, now call the White house. The Continental Flag is also called the **Treaty Flag** of the **Confederation Republic Continental United States.**

**11)** The <u>opposite</u> side of the seal **– The Flying Eagle** is the **Seal** of the **Colony States,** the **States,** the **United States** of the **Union** – or the **United States <u>of</u> America,**



shown today's as the central part of the North Continent of the Americas. It is Boarder with Canada at the north, and bordered at the south, by the United Mexican States. These are the two **United States:** The First United States are the Indigenous Peoples of birthright Heritage. The second United States are the descendants of Europe, based on the resulting Peace Treaty agreements made after many arduous wars. This strange union is referred as the **Melting Pot**. **Two** opposite **nations,** blending and agreed to mutually live in peace, with a Treaty of Peace to address jurisdictional affairs. **The European –English, Irish, Germans, French, Scottish** and the **Dutch** (Holland) were allowed to **settle** the **13 colonies –charter** by the **Brutish Moors.**

---

**Federal Rules of Civil Procedure**
Rule 44. Proving an Official Record
**(a) MEANS OF PROVING.**
**(1) Domestic Record.** Each of the following evidences an official record—or an entry in it—that is otherwise admissible and is kept within the United States, any state, district, or commonwealth, or any territory subject to the administrative or judicial jurisdiction of the United States:
(A) an official publication of the record; or
(B) a copy attested by the officer with legal custody of the record—or by the officer's deputy—and accompanied by a certificate that the officer has custody. The certificate must be made under seal:
(i) by a judge of a court of record in the district or political subdivision where the record is kept; or
(ii) by any public officer with a seal of office and with official duties in the district or political subdivision where the record is kept.
**(2) Foreign Record.**
**(A) In General.** Each of the following evidences a foreign official record—or an entry in it—that is otherwise admissible:
(i) an official publication of the record; or
(ii) the record—or a copy—that is attested by an authorized person and is accompanied either by a final certification of genuineness or by a certification under a treaty or convention to which the United States and
the country where the record is located are parties.
**(B) Final Certification of Genuineness.** A final certification must certify the genuineness of the signature and official position of the attester or of any foreign official whose certificate of genuineness relates to the attestation or is in a chain of certificates of genuineness relating to the attestation.
A final certification may be made by a secretary of a United States embassy or legation; by a consul general, vice consul, or consular agent of the United States; or by a diplomatic or consular official of the foreign country assigned or accredited to the United States.
(C) Other Means of Proof. If all parties have had a reasonable opportunity to investigate a foreign record's authenticity and accuracy, the court may, for good cause, either:
(i) admit an attested copy without final certification; or
(ii) permit the record to be evidenced by an attested summary with or without a final certification.......
(c) OTHER PROOF. A party may prove an official record—or an entry or lack of an entry in it—by any other method authorized by law.
(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

**12)** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.
The Preamble to the Constitution of the United States of America shows that the origin comes from a pre- existing Nation. This is the secret of Nature's law and Nature's God, symbolized in the two seals of the one Great Seal of the United States (The Continental United States of the Indigenous Moorish Nation). Nature's Law and Nature's God is mentioned in the Declaration of independence.

Plaintiff now demands from the defendants to establish their Nationality and the laws that they will use in their defense.
I Jeremiah Ezekiel, a Native American, I am not bound to the policies of foreign corporations that deprive me of my rights, restraint my liberties guaranteed by International Laws attached herein for the edification of the Judges

## 13) Due Process Clause

**Article VI.** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution;....

I Jeremiah Ezekiel, a Native American, I am not bound to the policies of foreign corporations that deprive me of my rights, restraint my liberties guaranteed by the Constitutions above and International Laws attached herein for the edification of the Judges, who will determine the law and the fact. Walmart employees restraint me of my right to collect my property violating the Due Process Clause, becoming their own Judges leaving me and my **wife Veva Duarte** without the possibility to buy food for which reason I contact Agustin Lugo.

**The Supreme Court of the United States Republic stated in part as follows:**
Edward Prigg, Plaintiff in error, v. The Commonwealth of Pennsylvania (1842)
a claim is to be made.
A claim, in a just judicial sense, is a demand of some matter, as of right, made by one person upon another, to do or to forbear to do some act or thing, as a matter of duty.
**Every defendant, against whom an action of debt is brought, is not to owe, until the debt be proved.........**
What is a claim? It is, in a just juridical sense, a demand of some matter, as of right, made by one person upon another, to do or to forbear to do some act or thing as a matter of duty. A more limited, but at the same time, an equally expressive, definition was given by Lord DYER, as cited in Stowel v. Zouch, 1 Plowd. 359; and it is equally applicable to the present case: that 'a claim is a challenge by a man of the propriety or ownership of a thing, which he has not in possession, but which is wrongfully detained from him.'

170 LED2D 190, 552 U.S._Medellin v Texas
Because a Treaty ratified by the United States is "an agreement among Sovereign powers" whether the treaties underlying a judgment are self executing so that the judgment is directly enforceable as domestic law in United States is, of course, a matter for the United States Supreme Court to decide......

93 LED 1902, 338 US 197 Hirota v. MacArthur (1949)
Full effect should be given to the International agreements in which allied nations have participated.

"...the jury shall have the right to determine the law and the fact". "As understood at common law and as used in constitutional provision, "jury" imports body of twelve men." [State v. Dalton, 206 N.C. 507, 174 S.E. 422, 424; People ex rel.Cooley v. Wilder, 255 N.Y.S. 218, 222, 234 App.Div. 256; Hall v. Brown, 129 Kan. 859, 284 P. 396.]

## 14) Sovereign Moor Nation

RESERVATION OF SOVEREIGNTY: "[15] (b)....... The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. "*It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head*". (emphasis added) **[MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL. 1982.SCT.394 , 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148]**.

" The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [ to submit his books and papers for on examination] to the State, since he receives nothing there from, beyond the protection of his life and property. His Rights are such as existed by the law of the land [common Law] long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the constitution. Among his Rights are to refused to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their Rights." Hale v. Henkel, 201 U.S. 43 at 47 (1905).

" There every man is independent from all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow men without his consent." CRUDEN v. NEALE, 2N.C. 338 (1796)2 S.E..70.

Simon v. Craft, 182 U.S. 427, 436, "the essential elements of due process of law are notice and opportunity to defend." This is further supported by Illinois Cent. R.R. v. Brooks, 909 Tenn. 161, wherein the court found, "A judgment rendered without service of written notice, waiver thereof, or appearance is void."

**15) AMENDMENT [VII.]** In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be

otherwise reexamined in any Court of the United States, than according to the rules of the common law.

Plaintiff claim is for **One Hundred Million Dollars Zero Cents $100,000,000, Dollars Zero Cents;** therefore, the Trial by Jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.
DEFENDANTS shall take judicial Notice; that the Trial Jury is herein banned from modifying the amount claim for **One hundred Million $100,000,000,** unless is to increase the amount by the Plaintiff.
For award him for punitive damages, see the following information:

113Led2d 1, 499 US 1 Pacific Mut. Life Co. v Haslip (1991)
Justice Brennan, joined by Justice Marshall, wrote separately:
"I join the Court's opinion on the understanding that it leaves the door open for a holding that a Due Process Clause contains the imposition of punitive damages in civil cases brought by private parties
"Without statutory (or at least common-law) standards for the determination of how large an award of punitive damages is appropriate in given cases, juries are left largely to themselves in making this important, and potentially devastating, decision."...
Justice O' Connor, joined by Justice Stevens, concurring in part and dissenting in part observed:
"Awards of punitive damages are skyrocketing"....
I do...agreed with the Court that....the award of punitive damages here should not be overturned as a matter of Federal common law....
("In most jurisdictions jury discretion over the amounts awarded is limited only by the gentle rule that they not be excessive. Consequently, juries assess punitive damages in wholly unpredictable amounts bearing no necessary relation the actual harm cause")
"beyond the point of fundamental fairness." This Court more than once has approved the common-law method for assessing punitive awards-In Day v Woodworth, 13 How 363, 14 L Ed 181 (1852), justice Grier, writing for a unanimous Court, observed:
It is a well-established principle of the common law, that in action of trespass and all actions on the case for torts, a jury may inflict what are called exemplary, punitive, or vindictive damages upon a defendant, having in view the enormity of his offense rather than the measure of compensation to the plaintiff. We are aware that the propriety of this doctrine has been question by some writers; but if repeated judicial decisions for more than a century are to be received as the best exposition of what the law is, the question will not admit of argument.
As well as by statute law, men are often punished for aggravated misconduct penalty or punishment, given to the party injured.
"...This has been always left to the discretion of the jury, as the degree of punishment, to be thus inflicted must depend on the peculiar circumstances of each case." Id., at 371 14 L Ed 181.
In Missouri Pacific R. Co. v. Humes, 115 US 112, 29 L Ed 463, 6 S Ct 110 (1885), the Court stated:
"The discretion of the jury in such cases is not controlled by any very definite rules; yet the wisdom of allowing such additional damages to be given is attested by the long continuance of the practice." Id., at 521, 29 L Ed 463, 6 S Ct 110. See also Barry v Edmunds, 116 US 550, 565, 29 L Ed 7296 S Ct 501 (1886) ("For nothing is better settled than that, in such cases as the present, and other actions for torts where no precise rule of law fixes the recoverable damages, it is the peculiar function of the jury to determine the amount by their verdict"); Minneapolis & St. Louis R. Co. v Beckwith, 129 US 26, 36, 32 L Ed 585, 9 S Ct 207 (1889); ("The imposition of punitive damages in such cases cannot be opposed as in conflicting the prohibition against the

depravation of property without due process of law. It is only one mode of imposing a penalty for the violation of duty, and it is propriety and legality have been recognized.....
By repeated judicial decisions for more than a century. Standard Oil Co. v Missouri 224 US 270, 285 56 L Ed Ct 406 (1912) ("Nor, from a Federal stand point maximum penalty, no rule for measuring damages, and no hearing"); Theodore Segwick stated that "the rule" with respect to the "salutary doctrine" of exemplary is that "where grouss fraud, malice, or oppression appears, the jury are not bound to adhere to the strict line of compensation, but may, by a severer verdict, at once impose a punishment on the defendant and hold up an example to the community." Measure of damages522 (4th ed 1868). ("[The] doctrine [of punitive damages] seems to be sustained by at least a great preponderance of authorities, both in England and this Country"); J. Sutherland, law of Damages 721-722, 726-727, n 1 (18182) ("The doctrine that [punitive ] damages may be allowed for the purpose of example and punishment, in addition to compensation, in certain cases, is held in nearly all the states of the Union and in England."
FOOTNOTES:
"Now if you find that fraud was perpetrated then in addition to compensatory damages you may in your discretion, when I use the word discretion, I say you don't have to even find fraud, you wouldn't have to, but you may, the law says you may award an amount of money known as punitive damages.
"This amount of money is awarded to the plaintiff but is not to compensate the plaintiff for any injury. It is to punish the defendant. Punitive means to punish or it is also called exemplary damages, which means to make an example. So, if you feel or not feel, but if you are reasonably satisfied from the evidence that the plaintiff, whatever plaintiff you are talking about, has had fraud perpetrated upon them and as a direct result they were injured and in addition to compensatory damages you may in your discretion award punitive damages.
"Should you award punitive damages, in fixing the amount, you must take in consideration the character and the degree of the wrong as shown by the evidence and necessity of preventing similar wrong."

166LED2D 940, Phillip Morris USA v Williams. (2007).
( Scalia, J., concurring in judgment)
("In 1868….punitive damages were undoubtedly an established part of American common law of torts. It is…clear that no particular procedures were deem necessary to circumscribe a jury's discretion regarding the award of such damages, or their amount").
Today's opinion proves once again that this court's punitive damages jurisprudence is "insusceptible of principled application.

"*It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution.*" 5 [Downs v. Bidwell, 182 U.S. 244 (1901)]

44 LED 921, 177 US 638 The Knapp, Stout, & Co. Company v. McCaffrey(1900).
A remedy is defined by Bouvier as "the means employed to enforce a right, or redress an injury."

21 IED 369, 83 US 522 Amer. Steamboat Co. v. Chace. (1873)
Suitors may have a common law remedy in all cases where the common law is competent to give it.

Marbury v. Madison, 5 U.S. 137 (1803)
A legal maxim-every right when with-held must have a remedy, and every injury it's proper redress. –William Blackstone Home v Henderson, 15, N.C 15, 25 Am Dec 677. "…that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land".

16) **Questions for of the DEFENDANTS:**

Is the Common Law Constitution for the California Republic, the Constitution of the United States Republic of North America or the Constitution for the United States of America Republic of North America, the Laws that authorized the Formation of WALMART CORPORATION?
Was by STATUTE?
Is the STATUTE a Constitutional STATUTE?
Who authorized the policies in WALMART?
Did he/she/they ever considered that the policies could violate the Sovereign peoples rights?
Since when the policies of Walmart Corporation are above my rights?
By what authority Walmart employees enforce its policies above my rights?
By what authority Walmart subjugates the Sovereign Jeremiah Ezekiel?
Does by walking into a Walmart Store means that I relinquish my rights as Sovereign?
What Law established that the Department of Motor Vehicle Driver "License" or "Identification" is a State ID?
What is the Law that compels me to have a Driver License from the DMV?
What Law authorizes Walmart to compels me to have a Driver License or "ID" from the Department of Motor Vehicles?
What Law compels me: Jeremiah Ezekiel, to have STATE DRIVER LICENSE OR IDENTIFICATION?
Is the Department of Motor Vehicles a Private Corporation or an Agency from the Constitutional California Republic?
What is the Law that Compels me to do the Impossible?

## Constitution of the State of California 1849*

We, the people of California, grateful to Almighty God for our freedom, in order to secure its blessings, do establish this Constitution.
**Article I.**
*Declaration of Rights.*

Sec. 1. All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property: and pursuing and obtaining safety and happiness.
Sec. 2. All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people;....
Sec. 21. This enumeration of rights shall not be construed to impair or deny others retained by the people.
**Article IV.**
Sec. 33. The term corporations as used in this article shall be construed to include all associations and joint–stock companies, having any of the powers or privileges of corporations not possessed by individuals or partnerships. And all corporations shall have the right to sue, and shall be subject to be sued, in all courts, in like cases as natural persons.

## 38LED 936, 154 US 134 St. Clair v. United States (1894)
## "The purpose of a register, "this court has said, "is to declare the nationality of a vessel engaged in trade with foreign nations, and to enable herta assert that nationality."

• "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no parte This tleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]. right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it." -- Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886)
• "Statutes that violate the plain and obvious principles of common right and common reason are null and void." -- Bennett v. Boggs, 1 Baldw 60.
• "A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution." -- Murdock v. Pennsylvania, 319 U.S. 105, at 113
• "The State cannot diminish rights of the people." -- Hurtado v. California, 110 U.S. 516
• "The Claim and exercise of a Constitutional Right cannot be converted into a crime." -- Miller v. U.S. , 230 F 2d 486. 489
• "There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights." -- Sherar v. Cullen, 481 F. 2d 946 (1973)
• "Constitutional 'rights' would be of little value if they could be indirectly denied." -- Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
• We find it intolerable that one constitutional right should have to be surrendered in order to assert another. -- Simmons vs. U.S. 390, U.S. 389(1968)
• "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them" -- Miranda v. Arizona, 384 U.S. 436, 491

## 17) Discrimination

We, the Moor Native Americans on this Continent, allowed the Europeans to settle themselves under Treaty to do Commerce, we did no allow foreign people nor Corporations to control our rights, movements. We certainly did not grant to any Corporation the authority to establish for ourselves the way or style on how we, the people need to identify.
Walmart Corporation through its employees are exercising authorities not lawfully delegated.
I could not buy the items that I needed to bring to my house to survived for at least Ten Days because of these senseless policies of Walmart.

Let the record reflect, that the only reason for which I called **Agustin Lugo,** is because I was in need of money to buy food for both my wife and I, but, because my **wife Veva Duarte** is epileptic since she was Twelve Years old and now Forty years old, if she does not eat, a seizure abruptly attack her. My concern is that we had to spend all our savings on very important items that we needed for our own survival.
We were under great need, but, because of these stupidities from Walmart, we cannot have the food we deserved or we need, we suffered for the only reason that I cannot do the impossible demanded from the DEFENDANTS. For that reason, I was discriminated on my own soil by a foreign Corporation that does not deserved to continued doing business on our Continent with our people.
The Judges of this Trial by Jury shall take my affirmations very, very carefully.

Ward v. Rock Against Racism, 491 U.S. 781 (1989), Doe v. City of Albuquerque, U.SDC(D.N.M.) Case No. 1:08-cv-01041-MCA-LFG. Related to racism. Ashcroft v. Igbal. 556 U.S. 662, 129 S Ct. 1937 (2009). Bell Atlantic Corp. v. Twombly. 550 U.S. 544 (2007) Stanley v. Georgia 394 U.S. 557 (1969) "It is now well established that the Constitution protects the rights to receive information and ideas/and/is fundamental to our free society." Doe v. City of Albuquerque, 667 F. 3d 1111(10th Cir. 2012. City failed to meet its Rule 56 burden in responding to Does motion.

180 LED2D 374, _US_Wal-Mart Stores, Inc. v. Dukes (2011)
"Impermissible intentional discrimination." Unlawful discrimination.

37 LED2D 910, 413 US 717 IN RE GRIFFITHS (1973)
Under the equal protection clause, discrimination or segregation for its own sake is not a constitutionally permissible purpose for a classification.

**18) AMENDMENT [IX.]** The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

• "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power ... For, the very idea that man may be compelled to

hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself." -- **Yick Wo v. Hopkins, 118 US 356, 370 (18886). (emphasis added)**

A regulation which is inconsistent with the law is invalid. Title 5 USC Section 301.

"The Congress cannot revoke the Sovereign Power of the People." Perry v. United states, 294 us 330, 353 (1935). **Can Walmart does? (Emphasis added)**

Dual sovereignty is a defining feature of our Nation's Constitutional Blueprint. See *Gregory* v. *Ashcroft*, 501 U. S. 452, 457 (1991). States, upon ratification of the Constitution, did not consent to become mere appendages of the.......**[Walmart Corporation?] Emphasis added**]. Rather, they entered the Union "with their sovereignty intact." ***Blatchford* v. *Native Village of Noatak*, 501 U. S. 775, 779 (1991).**

"*A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial*". **[Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688,689].**

99 LED 337, 348 US Wilburn Boat Co. v. Fireman's Fund Ins. Co. (1955).

Opinion

Mr. Justice Black delivered the opinion of the Court.

Writing its own "general commercial law," as was the custom in diversity cases prior to Erie R. Co. v. Tompkins, 304 US 64, 82 L ed 1188, 58 S ct 817, 114 ALR 1487, this Court in the Coos County Case simply followed a general doctrine commonly applied to warranties in all types of insurance.........

Under the distribution of power between national authority and local law, admiralty has developed for more than a hundred years by rulings of the Court but not by absolutes either of abstention or extension.

Mr. Justice Reed, with whom Mr. Justice Burton joins, dissenting.

Congressional power to rest exclusive jurisdiction in the federal courts where, as here, the constitutionally delegated judicial authority exist, is established. The Moses Taylor (US) 4 Wall 411, 429, 18 L ed 397, 401. **The remedy preserved by the savings clause of the Judiciary Act of 1789, "is not a remedy in the common-law courts...but a common-law remedy." Id. (US) 4 Wall at 431.........** On the other hand, a state court was held to have jurisdiction to sell a vessel to enforce a lien in Knapp, . & Co. v. McCaffrey, 177 US 638, 44 L ed 921, 20 S Ct 824, where the suit was against the owner, in personam, although in equity for foreclosure of a possessory lien. "[T]he remedy chosen by the plaintiff was the detention of the raft for his towing charges." Id. 177 US at 644. As this was state- approved remedy in the common law, the use of state equity procedure to enforce the lien was held to be in accord with the reservation of the common-law remedy from exclusive jurisdiction of admiralty.

Thus, by saving a suitor's common-law remedy, Congress has created by § 9 of the Judiciary Act of 1789, now 28 USC (Supp V, 1952) § 1333, only a limited exclusive jurisdiction.

The state courts may furnish not only a common-law remedy existing at the time of the adoption of the Constitution, for substantive admiralty rights, but also new judicial remedies created by statutes; that is, whatever remedy is not strictly in rem.

Judiciary Act of 1789, § 9, 1 Stat. 77. There has been no intentional change in meaning by the revision of 1948, 28 USC (Supp V, 1952) § 1333, which reads:

"(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled."
The Reviser's Note States:
"The saving to suitors' clause in section 41 (3) and 371 (3) of title 28, U.S.C. 1940 ed., was changed by substituting the words 'any other remedy to which he otherwise entitled' for the words 'the right of common-law remedy where the common law is competent to give it.' The substituted language is simpler and more expressive of the original intent of Congress and is in conformity with rule 2 of the Federal Rules of Civil Procedure abolishing the distinction between law and equity."
The Genesee Chief v. Fitzhugh (US) 12 How 443, 13 L ed 1058; this includes power to change the admiralty procedure to trial by jury, id. (US) 12 How at 459, 460, RE Garnett, 141 US 1, 12, 35 L ed 631, 633, 11 S Ct 840; Southern Pacific Co. v. Jensen, 244 US 205, 215, 61 L ed 1086, 1098, 37 S Ct 524,.
Mr. Justice Brown wrote for the Court.
"The true distinction between such proceedings as are and such as are not invasions of the exclusive admiralty jurisdiction is this:
If the cause of action be one cognizable in admiralty, and the suit be in rem against the thing itself, though a monition be also issued to the owner, the proceeding is essentially one admiralty..........
The suit in this case being on in equity to enforce a common law remedy, the state courts were correct in assuming jurisdiction." 177 US, at 648.
See also Rounds v. Cloverport Foundry and Machine Co. 237 US 303, 308, 59 L ed 966, 968, 35 S Ct 596; Hendry Co. v. Moore, 318 US 133, 137, 87 L ed 663, 666, 63 S Ct499; The Moses Taylor (US) 4 Wall 411, 427, 18 L ed 397, 400.
Red Cross Line v. Atlantic Fruit Co. 264 US 109, 123, 124, 68 L ed 582, 587, 44 S Ct 274:
"The 'right of a common law remedy', so saved to suitors, does not, as has been held in cases which presently be mentioned, include attempted changes by the States in the substantive admiralty law [i.e., at p. 124,........, but it does include all means other than proceedings in admiralty which may be employed to enforced the right or to redress the injury involved. It includes remedies in pais, as well as proceedings in court, judicial remedies conferred by statute, as well as those existing at common law; remedies in equity, as well as those enforceable in a court of law. Knapp, Stout & Co. v. McCaffrey, 177 U.S. 638, 644, et seq; Rounds v. Cloverport Foundry & Machine Co. 237 U.S. 303. A Sate may not provide a remedy in rem for any cause of action within the admiralty jurisdiction. The Hine v. Trevor, 4 Wall. 555; The Glide, 167 U.S. 606. But otherwise, the State, having concurrent jurisdiction, is free to adopt such remedies, and to attach to them such incidents, as it sees fit.........

## 19) MAXIMS IN COMMERCIAL LAW

All are equal under the Law (moral & natural).

All matters must be expressed to be resolved.

In Commerce, truth is sovereign.

Truth is expressed in the form of an affidavit.

An affidavit must be rebutted point-for-point.

An un rebutted claim, charge, or affidavit stands as the truth in commerce.

While the battle continues, he who first leaves the field of battle loses by default.

A lien or claim can be satisfied only through rebuttal, by counter affidavit point-for-point, resolution by jury or payment.

If YOU, ABOVE-MENTIONED DEFENDANTS, desire to answer this Commercial Affidavit, you must answer this Commercial Affidavit with a Notarized Affidavit using your Christian or family name for signature and answer within Twenty One Days (21) days exclusive of day received, or face Default. If the DEFENDANTS elect not to answer, or rebut the Affidavit, Plaintiff accept their silence as relinquish of rights, defenses, immunities, privileges, and abandonment of rights.

All Rights Reserved

Jeremiah Ezekiel ______________ Dated 11/22/2016

## Judicial Remedies Demanded In Good Faith

**1)** That the license and permissions for Walmart to do business be revoked immediately until the claim is resolved.

**2)** The trial Jury shall be Moorish People, that is to say, that no U.S. CITIZENS are allow to be part of the Trial Jury in this matter.

**3)** The Trial Jury is herein banned from making modifications on the amount claim unless is to increase the **One Hundred Million.**

**4)** The expenses of the Court are pay by the Defendants.

**5)** For the violation of Constitutions, International Laws, that caused irreparable injuries to Plaintiff and his wife Veva Duarte to this very moment, WALMART CORPORATION must pay immediately to Plaintiff: **One Hundred Million $ 100, 000, 000.**

All Rights Reserved

Jeremiah Ezekiel Dated 11/22/2016

**Jurat**

**Subscribed and Sworn to** (or affirmed) **before me** Janet Staples

A Notary Public. on this 22 day of November 2016

Janet Staples

(Signature and Title of Administering Officer)

(seal) JANET STAPLES COMM. # 2004770 NOTARY PUBLIC - CALIFORNIA SAN BERNARDINO COUNTY MY COMM. EXP. JAN. 20, 2017

---

**Judicial Remedies.** Such as are administered by the courts of justice, or by judicial officers empowered for that purpose by the Constitution and laws of the state. Black's law Dic. Sec. Ed.
**Marbury v. Madison, 5 U.S. 137 (1803)**
A legal maxim-every right when with-held must have a remedy, and every injury it's proper redress. –William Blackstone Home v Henderson, 15, N.C 15, 25 Am Dec 677. "…that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land".

Exhibit: A

THE LIBRARY OF CONGRESS
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

PHOTODUPLICATION SERVICE
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

Shirley M. Berry

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

INDEX TO THE CONTENTS OF EACH VOLUME,

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed, are hereby recognised, acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

KF50
.U5
vol 8
4th Set

Entered according to act of Congress, in the year 1846, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts

LIBRARY OF CONGRESS
6
SEP 26 1990
COPY ORDER DIVISION
Replacement copy

# TREATY OF PEACE AND FRIENDSHIP

*Between the United States of America, and His Imperial Majesty the Emperor of Morocco.* (*a*)

January, 1787.

To all Persons to whom these Presents shall come or be made known.

Whereas the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

ROYAL
SEAL.

In the Name of Almighty God.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

## ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

(*a*) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791, Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco, September 16, 1836, post, 484.



22

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

Emperor's consent to the treaty.

ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

Neither party shall take commission from the enemy of the other.

ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

Regulation in case of captures.

ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

Signal or pass to be given to vessels.

ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

How vessels shall be examined in time of war.

ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

Citizens of the U. S. captured, to be released.

ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

Vessels wanting supplies, to be furnished.

ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

Provision in case of misfortune.

ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

Regulation in case of shipwreck, and being forced into port.

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

Vessels protected in certain cases.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

Privileges of vessels in case of war.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

Ships of war belonging to U. S. not to be examined.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

Ships of war to be saluted.

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

Commerce on the footing of the most favoured nation.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE XV.

Privileges of merchants.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

In case of war, prisoners not to be enslaved, but exchanged.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

Merchants may buy and sell all goods except those prohibited to other Christian nations.

## ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

Goods to be examined before sent on board, and not after, unless in case of fraud.

## ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

Vessels not to be detained.

## ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

How disputes shall be settled.

## ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

How crimes shall be punished.

## ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

How estates of deceased citizens shall be disposed of.

## ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

Consuls and their privileges.

## ARTICLE XXIV.

Regulations in case of war.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE XXV

Duration of treaty.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

## ADDITIONAL ARTICLE.

Grace to the only God.

Vessels of U. S. to be protected.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to compleat it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786.

26

Now, know ye, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS, (L. S.)
*London, January 25th,* 1787.

THOMAS JEFFERSON, (L. S.)
*Paris, January 1st,* 1787

# The Universal Declaration of Human Rights

Exhibit: B

## The Universal Declaration of Human Rights

The Universal Declaration of Human Rights (UDHR) is a milestone document in the history of human rights. Drafted by representatives with different legal and cultural backgrounds from all regions of the world, the Declaration was proclaimed by the United Nations General Assembly in Paris on 10 December 1948 General Assembly resolution 217(III) A as a common standard of achievements for all peoples and all nations. It sets out, for the first time, fundamental human rights to be universally protected.

## Preamble

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person

and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

**Article 1.** All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

**Article 2.** Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, **national or social origin,** property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

**Article 3.** Everyone has the right to life, liberty and security of person.

**Article 4.** No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

**Article 5.** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

**Article 6.** Everyone has the right to recognition everywhere as a person before the law.

**Article 7.** All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8.** Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 9.** **No one shall be subjected to arbitrary arrest, detention or exile.**

**Article 10.** Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

**Article 11.** (1) Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defense.
(2) No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

**Article 12.** No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13.** (1) Everyone has the right to freedom of movement and residence within the borders of each state.
(2) Everyone has the right to leave any country, including his own, and to return to his country.

**Article 14.** (1) Everyone has the right to seek and to enjoy in other countries asylum from persecution.
(2) This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

**Article 15.** **(1) Everyone has the right to a nationality.**
**(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.**

**Article 16.** (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.
(2) Marriage shall be entered into only with the free and full consent of the intending spouses.
(3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

**Article 17.** **(1) Everyone has the right to own property alone as well as in association with others.**
**(2) No one shall be arbitrarily deprived of his property.**

**Article 18.** Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

**Article 19.** Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

**Article 20.** (1) Everyone has the right to freedom of peaceful assembly and association.
(2) No one may be compelled to belong to an association.

**Article 21.** (1) Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

(2) Everyone has the right of equal access to public service in his country.
(3) The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

**Article 22.** Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

**Article 23.** (1) Everyone has the right to work, to free choice of employment, to just and favorable conditions of work and to protection against unemployment.
(2) Everyone, without any discrimination, has the right to equal pay for equal work.
(3) Everyone who works has the right to just and favorable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.
(4) Everyone has the right to form and to join trade unions for the protection of his interests.

**Article 24.** Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

**Article 25.** (1) Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.
(2) Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

**Article 26.** (1) Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.
(2) Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the

maintenance of peace.
(3) Parents have a prior right to choose the kind of education that shall be given to their children.

**Article 27.** (1) Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.
(2) Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

**Article 28.** Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

**Article 29.** (1) Everyone has duties to the community in which alone the free and full development of his personality is possible.
(2) In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.
(3) These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

**Article 30.** Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.